UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEWEY AUSTIN BARNETT, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:21-CV-509-SEP |
| | ) |
| JEFFERSON COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On January 26, 2022, mail that this Court sent to self-represented plaintiff Dewey Austin Barnett, II was returned without a forwarding address, and Plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, every self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. *See* E.D.Mo. Local Rule 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and Plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 15th day of March, 2022.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE